## C. D. PRINGLE *v.* HILO MERCANTILE CO., Ltd.

ERROR TO THE CIRCUIT COURT, FOURTH CIRCUIT.

SUBMITTED DECEMBER 3, 1901.  DECIDED DECEMBER 18, 1901.

FREAR, C.J., AND PERRY, J.

Unanimity of verdicts is essential under the provisions of the Organic Act, but it may be waived, and it is waived by a request for an instruction, which is given, that a verdict may be rendered by nine jurors.

OPINION OF THE COURT BY FREAR, C.J.

The only assignment of error that need be noticed is that the verdict of the jury was rendered by nine only of the twelve jurors, the other three dissenting. The action was trespass and was tried at the last January Term of the Circuit Court.

Whatever force the former statutes of Hawaii, which permitted verdicts to be rendered by nine of twelve jurors, may have had during the period intervening between the annexation of these islands to the United States and the establishment of the territorial government (see *Haw. Star Newspaper Co. v. Saylor,* 12 Haw. 64; *Ex parte Ah Oi, ante,* 534), it would

45

seem to be clear that since the latter event, unanimity of verdicts has been essential. See Org. Act, Sections 5, 6, 55; *American Publishing Co. v. Fisher*, 166 U. S. 464; *Springville v. Thomas, Id.* 707; *Thompson v. Utah,* 170 *Id.* 343; *Capital Traction Co. v. Hof*, 174 *Id.* 1.

But since in a civil case a trial by jury may be waived altogether, one element, namely, that of unanimity, may likewise be waived. See *Evans v. Gee*, 11 Pet. 80; *Cowles v. Buckman,* 6 Ia. 161.

In this case the plaintiff in error must be held to have waived the requirement of unanimity, for the instruction of the court to the jury that a verdict might be rendered by nine jurors, was given at his express written request.

The writ is dismissed and the case remitted to the Circuit Court.

*C. C. Bitting* for plaintiff.

*F. W. Hankey* for defendant.